**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TOTAL QUALITY LOGISTICS, LLC,** | : | Case No. 1:26-cv-579 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | |
| | : | |
| **AIDEN SMITH, et al.,** | : | **ORDER GRANTING JOINT MOTION** |
| | : | **TO REMAND** |
| Defendants. | : | |

This matter is before the Court on the parties' Joint Motion to Remand. Following Plaintiff's filing of its Stipulation Regarding Amount in Controversy, the Court understands that Plaintiff and Defendants have agreed that this Court lacks subject matter jurisdiction over this case, and that this case should be remanded back to the Common Pleas Court for Clermont County, Ohio. The Court agrees that it lacks subject matter jurisdiction over this case, based on Plaintiff's Stipulation Regarding Amount in Controversy, and hereby ORDERS as follows:

1. The Court hereby remands this case back to the Common Pleas Court for Clermont County, Ohio for all further proceedings.

2. The Parties shall bear their own costs and fees associated with removal, subject to any further order from the Common Pleas Court of Clermont County court as it relates to costs and fees in the case.

3. The District Court Clerk is directed to enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Common Pleas Court for Clermont County, Ohio, and terminate this matter.

1

Dated: _July 15, 2026_

_____
Judge Susan J. Dlott

HAVE SEEN AND AGREED:


/s/ Emily M. Snively
_____
Emily M. Snively
Counsel for Plaintiff Total Quality Logistics LLC


/s/ David M. Duwel (by EMS per email authority)
David M. Duwel
Counsel for Defendant Muse Freight LLC


/s/ Cooper D. Bowen (by EMS per email authority)
Cooper D. Bowen
Counsel for Defendant Aiden Smith

2